INN - PROB 22
Rev. 05/04

## TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
| --- |
| 0755 2:06CR00102 |
| DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| Kesha Marie Sanders | Northern District Of Indiana | |

NAME OF SENTENCING JUDGE

Honorable Philip P. Simon

# 08CR 439

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
| --- | --- | --- |
| | 11/01/2006 | 10/31/2009 |

OFFENSE

IMPORTING/MANUFACTURING FIREARMS

RECEIVED

MAY 1 8 2008

U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ Northern District Of Indiana

     IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Norther District of Illinois _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4-23-08
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ NORTHERN _____ DISTRICT OF _____ ILLINOIS

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FILED

JUDGE GOTTSCHALL

JUN 0 3 2008  TC

MAGISTRATE JUDGE KEYS

6-3-08

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUN - 2 2008
*Effective Date*

_____
*United States District Judge*