UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.     08 CR 0439 |
| v. | ) | |
| | ) | Judge: Joan Gottschall |
| KESHA MARIE SANDERS | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

                                                           Respectfully submitted,

                                                           PATRICK J. FITZGERALD
                                                           United States Attorney

By:  /s/ Edward N. Siskel
      EDWARD N. SISKEL
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois 60604
      (312) 353-7602

### CERTIFICATE OF SERVICE

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

### ATTORNEY DESIGNATION

was served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on July 30, 2008, to the following non-ECF filers:

      Raymond Hough, Jr.
      9300 South Ashland
      Chicago, IL 60620


      /s/ Edward N. Siskel
      EDWARD N. SISKEL
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois
      (312) 353-7602